**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1043**

---

JOSEPH R. FRAZER; WAYNE K. TAYLOR,

                            Plaintiffs - Appellees,

        versus

A. CORWIN TAYLOR,

                            Defendant - Appellant,

        and

D.T.T. INCORPORATED; VINCENT R. SMITH, SR.,

                            Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge. (CA-03-986-3)

---

Submitted: May 13, 2004          Decided:  May 18, 2004

---

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

A. Corwin Taylor, Appellant Pro Se. Nathaniel Macon Collier, III, Colonial Heights, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

A. Corwin Taylor seeks to appeal the district court's orders remanding the civil action against him to state court for lack of federal jurisdiction and denying his subsequent motion to vacate the remand order. The district court's remand order is not reviewable. See 28 U.S.C. § 1447(d) (2000). Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Taylor's motions to proceed in forma pauperis and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED